IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CRYSTAL PURCELL,

      Petitioner,

v.                                 Case No. 5D17-2369

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 7, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando, and Eileen Forrester, Assistant Public Defender, Orlando, for Petitioner.

Pamela Jo Bondi, Attorney General Tallahassee, and Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the May 19, 2017, Judgment and Sentence, in Case No. CF15-12764-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

TORPY, LAMBERT and EISNAUGLE, JJ., concur.